UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

```
                                     CASE NO.: 10-48676-BKC-EPK
IN RE:                               PROCEEDING UNDER CHAPTER 13

DANIELLE A. RYAN
XXX-XX-4450

DEBTOR_____/
```

## NOTICE OF DELINQUENCY

**PLEASE TAKE NOTICE** the above-referenced Debtor(s) are **delinquent in Confirmed Chapter 13 Plan Payments in the amount of $ 660.00.**

The Debtor(s) shall have forty-five (45) days from the date of this Notice to make all payments due under the Confirmed Plan/Modified Plan, **INCLUDING ANY PAYMENTS THAT BECOME DUE WITHIN THE FORTY-FIVE (45) DAY PERIOD**, in the form of a money order or cashier's check only.

If the Trustee does not receive all payments by Oct 01, 2011 to bring the Debtor(s) totally current under the Confirmed Plan, or if applicable, a Motion to Modify has not been timely filed and set within fifteen (15) days of this Notice pursuant to the Confirmation Order, the Trustee shall file and serve a Report of Non-Compliance.

As a result of the Debtor(s) failure to comply, the case shall be dismissed with prejudice to the filing of any bankruptcy proceeding for a period of 180 days from entry of the Order of Dismissal without further notice or hearing.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with additional qualification to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Delinquency was mailed, via U.S. first class mail, to those parties listed on the attached service list this 17th day of August, 2011.

```
                                     /s/ Robin R. Weiner
                                     ROBIN R. WEINER, ESQUIRE
                                     STANDING CHAPTER 13 TRUSTEE
                                     P.O. BOX 559007
                                     FORT LAUDERDALE, FL 33355-9007
                                     TELEPHONE: (954) 382-2001
                                     FLORIDA BAR NO. 861154
```

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

SERVICE LIST

DEBTOR
DANIELLE A. RYAN
5272 EAGLE LAKE DRIVE
PALM BEACH GARDENS, FL  33418

ATTORNEY FOR DEBTOR
K. DRAKE OZMENT, ESQUIRE
2001 PALM BEACH LAKES BLVD
SUITE 410
W PALM BEACH, FL  33409